

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>BRAE TUCKER,<br><br>        Defendant. | Case No. 2:11-CR-00020-RGK<br><br>ORDER OF DETENTION AFTER HEARING<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for failure to appear at a revocation hearing related to the alleged violations of the terms and conditions of his/her supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

    A. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

    B. (x) The defendant has not met his/her burden of establishing by clear and

convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

These findings are based on: *nature of current allegations which includes failure to appear; lack of verified background; lack of known bail resources; prior criminal history suggest lack of amenability to compliance with supervision.*

IT THEREFORE IS ORDERED that the defendant be detained pending the final revocation proceedings.

Dated: 9/8/2020

HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge